# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

ANGELLE ROSE SWAIN

VERSUS

FLEETWASH, INC., JAMES TRAVIS
CORTEZ, THE ESTATE OF CODY JUDE
COVEL, HAMBRON, INC.,THE ESTATE
OF EDWARD STEPHEN SMITH, ROBERT
L. EMKEY, TRAVELERS PROPERTY
CASUALTY OF AMERICA, DEF
INSURANCE COMPANY, GHI
INSURANCE COMPANY,AND DOES 1-50

NO.   2023 CW 0071

**MARCH 27, 2023**

---

In Re:   Fleetwash, Inc., applying for supervisory writs, 21st
         Judicial District Court, Parish of Tangipahoa, No.
         2015-0003370.

---

**BEFORE:   GUIDRY, C.J., WOLFE AND MILLER, JJ.**

   **WRIT DENIED.**

                              JMG
                              EW
                              SMM

COURT OF APPEAL, FIRST CIRCUIT

_a. Sᴜ_

---
DEPUTY CLERK OF COURT
   FOR THE COURT